ESTHERHEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:20-CR-00062 NONE-SKO |
| ) | |
| *Plaintiff,* ) | **APPLICATION AND** |
| ) | **ORDER APPOINTING COUNSEL** |
| vs. ) | |
| ) | |
| JULIO CHAVEZ-LUCATERO, ) | |
| ) | |
| *Defendant,* ) | |
| ) | |
| ) | |

Defendant Julio Chavez-Lucatero, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel.

On December 18, 2020, the court relieved Mr. Chavez-Lucatero's retained counsel, and ordered the Federal Defender to obtain a financial in support of Mr. Chavez-Lucatero's request for appointed counsel.   Therefore, after reviewing his Financial Affidavit it is respectfully recommended that counsel be promptly appointed.

DATED:  December 22, 2020          */s/ Eric V. Kersten*
                                                           ERIC V. KERSTEN
                                                           Assistant Federal Defender
                                                           Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:  **December 22, 2020**              /s/ *Barbara A. McAuliffe*
                                                                          UNITED STATES MAGISTRATE JUDGE

-2-