1  Marc Days, CA Bar #184098
   Days Law Firm
2  1107 R Street
   Fresno, California 93721
3  Telephone: (559) 708-4844

4  Attorney for Defendant,
   JULIO CHAVEZ-LUCATERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>    v.<br><br>JULIO CHAVEZ-LUCATERO,<br><br>                      Defendant. | Case No.: 1:20-cr-00062-JLT-SKO<br><br>**STIPULATION TO MOTION SCHEDULE; ORDER** |

**STIPULATION**

1. On December 9, 2022, Defendant will file a motion to suppress.

2. Based on Defendant filing a motion to suppress, counsel agree and stipulate that the following motions schedule shall apply as to the motion.

    a) Opposition to motion shall be filed no later than January 18, 2023.

    b) Reply shall be filed no later than February 6, 2023.

    c) The Court will hold a hearing on the motion on February 13, 2023, at 10:00am.

///
///
///
///
///
///

**IT IS SO STIPULATED**

Dated: December 9, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ *Laurel Montoya*
LAUREL J. MONTOYA
Assistant United States Attorney

Dated: December 9, 2022

Marc Days
Days Law Firm

*/s/ Marc Days*
MARC DAYS
Attorney for Defendant
Julio Chavez-Lucatero

**ORDER**

IT IS SO ORDERED.

Dated:  **December 13, 2022**

UNITED STATES DISTRICT JUDGE