PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00062-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE MOTION HEARING; ORDER |
| v. | |
| JULIO CHAVEZ-LUCATERO, | DATE: February 13, 2023<br>TIME: 10:00 a.m.<br>COURT: Hon. Jennifer L. Thurston |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a hearing on the motion to suppress on February 13, 2023.

2. By this stipulation, defendant and government now move to continue the hearing on the motion to suppress conference until March 13, 2023. Time has been excluded to and through January 30, 2024.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The parties are actively working on settling the matter short of litigating the motion to suppress filed in this matter. A plea agreement has been sent and a counter-offer

made.

        b)      Counsel for the government and defendant Chavez-Lucatero desire additional time to continue to engage in plea negotiations and finalize a plea agreement.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 9, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ LAUREL J. MONTOYA
LAUREL J. MONTOYA
Assistant United States Attorney

Dated: February 9, 2023

/s/ MARC DAYS
MARC DAYS
Counsel for Defendant
JULIO CHAVEZ-LUCATERO

## FINDINGS AND ORDER

IT IS SO FOUND.

IT IS SO ORDERED.

Dated: **February 9, 2023**

UNITED STATES DISTRICT JUDGE