PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>          v.<br><br>JULIO CHAVEZ-LUCATERO,<br><br>                         Defendant. | CASE NO. 1:20-CR-00062-JLT-SKO<br><br>STIPULATION TO CONTINUE MOTION HEARING; ORDER<br><br>DATE: March 13, 2023<br>TIME: 10:00 a.m.<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a hearing on the motion to suppress on March 13, 2023.

2. By this stipulation, defendant and government now move to continue the hearing on the motion to suppress to May 22, 2023. Time has been excluded to and through January 30, 2024.

3. By this stipulation, the parties request the following briefing schedule be set:

    a) Government's response is due April 21, 2023.

    b) Defendant's reply is due May 15, 2023.

4. The parties agree and stipulate, and request that the Court find the following:

STIPULATION AND ORDER FOR CONTINUANCE OF
MOTION HEARING

1

       a)     The parties are actively working on settling the matter short of litigating the motion to suppress filed in this matter.  A plea agreement has been sent and a counter-offer made.

       b)     Counsel for the government and defendant Chavez-Lucatero desire additional time to continue to engage in plea negotiations and finalize a plea agreement.

5.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 9, 2023                         PHILLIP A. TALBERT
                                                    United States Attorney

                                                    /s/ LAUREL J. MONTOYA
                                                    LAUREL J. MONTOYA
                                                    Assistant United States Attorney

Dated:  March 9, 2023                         /s/ MARC DAYS
                                                    MARC DAYS
                                                    Counsel for Defendant
                                                    JULIO CHAVEZ-LUCATERO

**FINDINGS AND ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:  **March 9, 2023**

UNITED STATES DISTRICT JUDGE