Marc Days, CA Bar #184098
Days Law Firm
1125 T Street
Fresno, California 93721
Telephone: (559) 708-4844

Attorney for Defendant
JULIO CHAVEZ-LUCATERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>      v.<br><br>JULIO CHAVEZ LUCATERO<br><br>               Defendant. | No. 1:20-cr-00062 JLT-SKO<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER THERON<br><br>Date:  November 6, 2023<br>Time:  10:00 am<br>Judge:  Hon. Jennifer L. Thurston |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Assistant United States Attorney, Laurel Montoya, Counsel for Plaintiff, and Marc Days, Counsel for Defendant Julio Chavez-Lucatero, that the sentencing hearing currently set for October 16, 2023, at 10:00 a.m., may be rescheduled to November 6, 2023, at 10:00 a.m.  The draft PSR having been filed September 12, 2023, the parties agree to the following schedule:

| | |
|---|---|
| Informal Objections: | October 9, 2023 |
| Final PSR: | October 16, 2023 |
| Formal Objections: | October 23, 2023 |
| Reply or Statement of Non-Opposition: | October 30, 2023 |
| Sentencing Date: | November 6, 2023 |

The requested continuance is necessary for defense preparation and investigation.  This continuance will conserve time and resources for both counsel and the court.

1

Because the Defendant has pled guilty and the matter is set for sentencing, the Speedy Trial Act is not applicable.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Dated:  September 21, 2023          /s/ *Laurel Montoya*
LAUREL MONTOYA
Assistant United States Attorney
Attorney for Plaintiff


Dated:  September 21, 2023          /s/ *Marc Days*
MARC DAYS
Attorney for Defendant
Julio Chavez-Lucatero


**O R D E R**

**IT IS SO ORDERED.** For the reasons set forth above, the continuance requested is granted for good cause.

IT IS SO ORDERED.

Dated:  **September 22, 2023**

UNITED STATES DISTRICT JUDGE