Marc Days, CA Bar #184098
Days Law Firm
1125 T Street
Fresno, California 93721
Telephone: (559) 708-4844

Attorney for Defendant
JULIO CHAVEZ-LUCATERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>JULIO CHAVEZ LUCATERO<br><br>                Defendant. | No. 1:20-cr-00062 JLT-SKO<br><br>MOTION TO TERMINATE CJA APPOINTMENT OF MARC DAYS AS ATTORNEY OF RECORD; ORDER |

On March 12, 2020, Defendant Julio Chavez Lucatero was indicted on federal charges. CJA Panel Attorney Marc Days was appointed as trial counsel to represent Mr. Chavez-Lucatero on January 4, 2021. Mr. Chavez-Lucatero was sentenced pursuant to a plea agreement on January 29, 2024. The time for filing a direct appeal was February 12, 2024. No direct appeal was filed. Mr. Chavez-Lucatero was in custody at sentencing. The trial phase of Mr. Chavez-Lucatero's case has, therefore, come to an end. Having completed his representation of Mr. Chavez-Lucatero, CJA attorney Marc Days now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Chavez-Lucatero require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855)

656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated:  November 20, 2025                        Respectfully submitted,

/s/ *Marc Days*
MARC DAYS
Attorney for Defendant
Julio Chavez-Lucatero

**O R D E R**

Having reviewed the notice and found that attorney Marc Days has completed the services for which he was appointed, the Court hereby grants attorney Days' request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Chavez-Lucatero at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Sandstone FCI
Julio Chavez-Lucatero Registration Number: 79042-097
2300 County Rd 29
Sandstone, MN 55072

IT IS SO ORDERED.

Dated:    **November 24, 2025**

UNITED STATES DISTRICT JUDGE